UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 24-20286-CR-ALTONAGA/REID

CASE NO._____

21 U.S.C. § 841
21 U.S.C. § 853

FILED BY_____MP_____D.C.

**Jul 3, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

JEFFREY DAVID KAMLET,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about March 9, 2023, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**JEFFREY DAVID KAMLET,**

knowingly and intentionally possessed with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section (b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of dimethyltryptamine,

a Schedule I controlled substance.

Pursuant to Title 21, United States Code, Section (b)(1)(C), it is further alleged that this

violation involved mixture and substance containing a detectable amount of ibogaine, a Schedule

I controlled substance.

Pursuant to Title 21, United States Code, Section (b)(1)(C), it is further alleged that that this violation involved a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section (b)(1)(C), it is further alleged that that this violation involved a mixture and substance containing a detectable amount of hydrocodone, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section (b)(1)(C), it is further alleged that that this violation involved a mixture and substance containing a detectable amount of morphine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section (b)(1)(C), it is further alleged that that this violation involved a mixture and substance containing a detectable amount of hydromorphone, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section (b)(1)(E), it is further alleged that that this violation involved a mixture and substance containing a detectable amount of ketamine, a Schedule III controlled substance.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **Jeffrey David Kamlet**, has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **JEFFREY DAVID KAMLET**

**Case No:**

Count #: 1

Possession with intent to distribute controlled substances

Title 21, United States Code, Section 841

\* **Max. Term of Imprisonment:** 20 Years

\* **Mandatory Min. Term of Imprisonment** (if applicable):

\* **Max. Supervised Release:** Life

\* **Max. Fine:** $1,000,000

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

v.

JEFFREY DAVID KAMLET

_____/
                    Defendants.    ▼

**CASE NO.:** _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

I do hereby certify that:
1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No___
    List language and/or dialect: _____

4.  This case will take __3__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)
    I    ☒  0 to  5 days
    II   ☐  6 to 10 days
    III  ☐ 11 to 20 days
    IV   ☐ 21 to 60 days
    V    ☐ 61 days and over

    (Check only one)
    ☐ Petty
    ☐ Minor
    ☐ Misdemeanor
    ☒ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) No___
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) No___
    If yes, Magistrate Case No. _____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No___
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No___
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No___
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___

By: _Frank H. Tamen_ (signature)
FRANK H. TAMEN
Assistant United States Attorney
FL Bar No.        261289