UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20286-CR-ALTONAGA/REID

UNITED STATES OF AMERICA

v.

JEFFREY DAVID KAMLET,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Jayne Weintraub of Sale & Weintraub, P.A. enters her permanent appearance as counsel for Defendant, Jeffrey David Kamlet, in the above-styled matter. The Clerk of Court is requested to send all further correspondence, papers, and court notices to undersigned counsel at the following email addresses:

    Email Addresses for Jayne C. Weintraub:
    jweintraub@saleweintraub.com
    gpacheco@saleweintraub.com

Dated: August 5, 2024

    Jayne C. Weintraub
    Sale & Weintraub, P.A.
    2 South Biscayne Blvd.
    One Biscayne Tower – 21st Floor
    Miami, Florida 33131
    Telephone: (305) 374-1818
    E-mail: jweintraub@saleweintraub.com

    By: *s/Jayne C. Weintraub*
        Jayne C. Weintraub, Esq.
        Florida Bar No. 320382