UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20286-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JEFFREY KAMLET**,

    Defendant.

_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

**THIS CAUSE** came before the Court on the Government's Notice of Unavailability [ECF No. 13]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a notice of unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, the Notice of Unavailability **[ECF No. 13]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of August, 2024.

                                          _____
                                          **CECILIA M. ALTONAGA**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record