UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20286-CR-ALTONAGA/REID

UNITED STATES OF AMERICA

v.

JEFFREY DAVID KAMLET,

    Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Defendant, Jeffrey Kamlet, by and though his undersigned counsel hereby moves this Honorable Court for a Continuance of the Trial for the following reasons:

1. Defendant has his first appearance before Magistrate Judge J Goodman on August 5, 2024.

2. The Arraignment is scheduled for August 26, 2024, and the trial is presently scheduled for the two-week calendar commencing September 23, 2024.

3. This is the first trial setting

4. Discovery will have to be provided and thoroughly reviewed.

5. Counsel is currently in the process of making arrangements to inspect the evidence.

6. It is expected that after review and inspection of discovery, pretrial motions will be filed, necessitating an evidentiary hearing.[1]

---

[1] This case was originally investigated in March 2022, and charges were brought against this Defendant in State court. Apparently, while the State court charges were being resolved, this Indictment was returned. Subsequent to the disposition of the State case, surprisingly, these charges followed, emanating from the same search warrants issued in March 2022.

7. Undersigned counsel met and conferred with AUSA Frank Tamen, pursuant to Local Rule 88, who stated he has no objection to the granting of this motion. Due to both parties' scheduling conflicts, it is respectfully urged that this trial be set any time after January 1, 2025.

8. Counsel respectfully requests that all deadlines set forth in the Court's Order Setting Trial Date [D.E. 12] be continued accordingly, with the setting of any trial date.

9. The Defendant has been advised of his Speedy Trial Rights and will execute a waiver of those rights, under a separate filing.

Dated: August 15, 2024

Jayne C. Weintraub
Sale & Weintraub, P.A.
2 South Biscayne Blvd.
One Biscayne Tower – 21st Floor
Miami, Florida 33131
Telephone: (305) 374-1818
E-mail: jweintraub@saleweintraub.com

By: /s/Jayne C. Weintraub
      Jayne C. Weintraub, Esq.
      Florida Bar No. 320382

HERBERT M. COHEN, ESQ.
600 South Andrews Avenue - Suite 407
Ft. Lauderdale, Florida 33301
Telephone: 954-766-8820
Email: hcohen@herbcohenlaw.com

By: /s/ Herbert M. Cohen, Esq.
      Herbert M. Cohen, Esq.
      Florida Bar No. 258806