UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20286-CR-ALTONAGA/REID

UNITED STATES OF AMERICA

v.

JEFFREY DAVID KAMLET,

    Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

The Defendant, JEFFREY KAMLET, by and through his undersigned counsel, hereby files this Unopposed Motion for Continuance of Trial and as grounds therefore states as follows:

1. This case is presently set trial for on November 4, 2024, with a deadline of October 11, 2024, to file pre-trial Motions.

2. At a status hearing before the Court, on September 7, 2024, undersigned counsel informed the Court of a medical issue that had arisen which could potentially require surgical intervention and, if necessary, counsel would file an appropriate Motion with the Court to continue the matter and extend the deadlines for pre-trial filings.

3. Undersigned counsel did undergo surgery which has severally limited his ability to work on the case during this recovery process. It is expected that Mr. Cohen will return to work full-time by next week.

4. This case has complex issues that require intensive legal research and collaboration between counsel to file meaningful motions. It is anticipated that the defense

will be filing several pre-trial motions which requires additional time for defense counsel to prepare, given that co-counsel, Mr. Cohen, was unavailable for several weeks.

5. Pursuant to Local Rule 88.9, counsel has conferred with AUSA Frank Tamen who indicates he has no opposition to this request to continue trial and all pre-trial deadlines. AUSA Tamen indicated he is committed to a special set jury trial to commence on November 18, 2024, and it is estimated to last one week.

6. Moreover, Mr. Cohen has a previously scheduled pre-paid family vacation, out of the district, scheduled for December 2nd through December 12, 2024.

7. For these reasons, undersigned counsel respectfully requests that trial in this matter be re-set for a date in early 2025 and the deadline for pre-trial motions be extended.

WHEREFORE, for the foregoing reasons, counsel moves this Honorable Court to continue the trial date and extend the pre-trial motion deadline accordingly.

Dated: September 25, 2024

| | |
|---|---|
| HERBERT M. COHEN, ESQ.<br>600 South Andrews Avenue - Suite 407<br>Ft. Lauderdale, Florida 33301<br>Telephone: 954-766-8820<br>Email: hcohen@herbcohenlaw.com<br><br>By: /s/ Herbert M. Cohen, Esq.<br>    Herbert M. Cohen, Esq.<br>    Florida Bar No. 258806 | JAYNE C. WEINTRAUB, ESQ.<br>Sale & Weintraub, P.A.<br>2 South Biscayne Blvd., Suite 2100<br>Miami, Florida 33131<br>Telephone: (305) 374-1818<br>E-mail: jweintraub@saleweintraub.com<br><br>By: s/Jayne C. Weintraub<br>    Jayne C. Weintraub, Esq.<br>    Florida Bar No. 320382 |