UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20286-CR-ALTONAGA/REID

UNITED STATES OF AMERICA

v.

JEFFREY DAVID KAMLET,

    Defendant.
_____/

**ORDER GRANTING JOINT
MOTION TO EXTEND PRE-TRIAL DEADLINES**

This matter comes before the Court on the Joint Motion to Extend Pre-Trial Deadlines ("Motion") [D.E.33]. The Government does not object to the relief sought in the Motion. The Court, being fully advised, it is hereby

ORDERED and ADJUDGED:

1. The Joint Motion of the Parties to Extend Pre-Trial Deadlines [D.E. 33] is GRANTED. Pre-trial Deadlines are extended until _____.

DONE and ORDERED in Chambers in Miami, Florida this _____ day of January 2025.

                                                  _____
                                                  HONORABLE CECILIA M. ALTONAGA
                                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of record