UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20286-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JEFFREY DAVID KAMLET**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Joint Motion for Extension of Time Within Which to File Pre-Trial Motions [ECF No. 33]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. No extensions of time will be given for response or reply memoranda.

**DONE AND ORDERED** in Miami, Florida, this 15th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record